UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OMADRE N. RA, | CASE NO. 1:09 CV 522 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | <u>MEMORANDUM OF OPINION AND ORDER</u> |
| Defendants. | |

On March 9, 2009, plaintiff <u>pro se</u> Omadre N. Ra filed this action against the Department of Veterans Affairs, Gordon Mansfield, Thomas G. Bowman, Joyce Cange, Ruth Fanning, J. Vailancourt, Christine Alford and Louis Stoke VAMC. For the reasons stated below, this action must be dismissed.

While the complaint is somewhat unclear, the thrust of it appears to be that plaintiff believes the amount of his service connected veterans disability benefits, which he receives for injuries he incurred in his service from 1972 through 1976, is inaccurate and insufficient. He seeks compensatory damages in the amount of $71,750,832, and $1,000,000 in punitive damages from each defendant.

Even liberally construed, the complaint does not contain a claim over which this court might have jurisdiction.  Under the Veteran Judicial Review Act of 1988, the matters raised by Mr. Ra may only be adjudicated by the appropriate Veterans Administration administrative bodies, the Court of Veterans Appeals, and the Court of Appeals for the Federal Circuit.  See Beamon v. Brown, 125 F.3d 965, 967 (6th Cir. 1997).  As the court therefore lacks jurisdiction, this action is appropriately subject to summary dismissal.  Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999).

Accordingly, this action is dismissed.

IT IS SO ORDERED.

                                          S/Christopher A. Boyko
                                          CHRISTOPHER A. BOYKO
                                          UNITED STATES DISTRICT JUDGE

May 27, 2009